UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                  09 CR. 765 (RMB)

  -against-

                                                                **ORDER**

KELVIN MARTINEZ,
                Defendant.
-------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Friday, September 10, 2021 at 11:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7659

Dated: September 1, 2021
       New York, NY

                                                    RICHARD M. BERMAN
                                                           U.S.D.J.