UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                09 CR. 765 (RMB)

   -against-

                **ORDER**

KELVIN MARTINEZ,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, January 26, 2022 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7659

Dated: January 19, 2022
       New York, NY

                            _____
                              RICHARD M. BERMAN
                                  U.S.D.J.