UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

KELVIN MARTINEZ,
                Defendant.
------------------------------------------------------------X

09 CR. 765 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, March 28, 2022 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 7659

Dated: March 23, 2022
       New York, NY

                                                    _____
                                                      RICHARD M. BERMAN
                                                          U.S.D.J.